FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN 3 1 2013

CENTRAL DISTRICT OF CALIFORNIA
BY Sky       DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RAFAEL RODARTE,<br><br>Petitioner,<br><br>v.<br><br>MICHAEL STAINER, Warden,<br><br>Respondent. | Case No. CV 12-03767 MWF (AN)<br><br>ORDER ACCEPTING THE FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the file, including the Magistrate Judge's Report and Recommendation ("R&R") and Respondent's Objections [16].

IT IS ORDERED that:

1. The Objections are overruled because the Court finds ground two was fairly presented to the state high court and is exhausted for the reasons discussed in the R&R, the findings and recommendation of which are accepted.

2. Respondent's Motion to Dismiss [6] is DENIED for the reasons set forth in the R&R.

3. Respondent shall file an Answer within 45 days of this Order addressing the merits of the three claims in the Petition. Petitioner shall then file any related Reply

1  within 30 days after service of Respondent's Answer. The matter is referred back to the
2  Magistrate Judge for further proceedings.
3      IT IS FURTHER ORDERED that the clerk of the Court shall serve a copy of this
4  Order on all counsel or parties of record.

7  Dated: January 30, 2013

                                      MICHAEL W. FITZGERALD
                                      UNITED STATES DISTRICT JUDGE