1
2
3
4
5
6

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG 3 0 2013

CENTRAL DISTRICT OF CALIFORNIA
BY  Shay                    DEPUTY

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG 3 0 2013

CENTRAL DISTRICT OF CALIFORNIA
BY  Shay                    DEPUTY

JS-6

7
8              UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA
10                   WESTERN DIVISION
11

12   RAFAEL RODARTE,                    )   Case No.  CV 12-03767 MWF (AN)
                                        )
13              Petitioner,             )
                                        )
14        v.                            )   JUDGMENT
                                        )
15   MICHAEL STAINER, Warden,           )
                                        )
16              Respondent.             )
                                        )
17

18        IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the

19   reasons set forth in the Magistrate Judge's Report and Recommendation.

20
21
22   Dated: August 29, 2013                    _____
                                               MICHAEL W. FITZGERALD
23                                             UNITED STATES DISTRICT JUDGE
24
25
26
27
28