1

2

3

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

4

AUG 3 0 2013

5

CENTRAL DISTRICT OF CALIFORNIA
BY  Shuy                        DEPUTY

6

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG 3 0 2013

CENTRAL DISTRICT OF CALIFORNIA
BY  Shuy                        DEPUTY

JS-6

7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10                        WESTERN DIVISION

11

12   RAFAEL RODARTE,                    ) Case No. CV 12-03767 MWF (AN)
                                        )
13            Petitioner,               )
                                        )
14       v.                             ) JUDGMENT
                                        )
15   MICHAEL STAINER, Warden,           )
                                        )
16            Respondent.               )
                                        )
17

18       IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the

19   reasons set forth in the Magistrate Judge's Report and Recommendation.

20

21

22   Dated: August 29, 2013

23                                        MICHAEL W. FITZGERALD
                                          UNITED STATES DISTRICT JUDGE

24

25

26

27

28